UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-513 (PAM/JGL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

**PRETRIAL ORDER**

DAVID LEVREAU,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one-half day;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

3. The period during which the parties may seek discovery shall be completed by September 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2001; and

6. This case will be considered "ready for trial" as of December 1, 2001.

DATED: April 6, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed APR 0 6 2001
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________